FEE PAID

FILED
CLERK, U.S. DISTRICT COURT

SEP 15 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RS _____ DEPUTY

1  Jesse Graham
   3680 Wilshire Blvd
   Ste 1092 -P04

2  Los Angeles, CA 90017

3

4  Telephone: 323-393-0548
   *In Propria Persona*

5

6                UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8  JESSE GRAHAM,                      Case No: 2:21-CV-07417-MCS-AGRx

9                        Plaintiff,    **COMPLAINT**

10 vs.

11 CABLE NEWS NETWORK INC.           [DEMAND FOR TRIAL BY JURY]
                                     Infringement of Trademark
12                     Defendants.   **15 U.S. Code 1114, 1125**
                                     17 U.S. Code § 501
14

## INTRODUCTION

15    1.    Plaintiff Jesse Graham ("Plaintiff" or "Graham") brings this lawsuit against

16 Defendants Cable News Network inc. ("CNN") ("Defendants")

17 due to their infringement of Plaintiff's copyrighted musical composition

18                              **PARTIES**

19    2.    Plaintiff Jesse Graham is an individual who resides in the Central District of

20 California, and is an accomplished and well-renowned singer and songwriter podcaster.

21    3.    Plaintiff alleges on information and belief that Defendant CNN

22          is a corporation who has offices resides in the Central District of California.

23    4.    Plaintiff is ignorant of the true names and capacities of the Defendants sued

24 herein and therefore sues these Defendants by such fictitious names.

25 Plaintiff will amend this Complaint to allege their true names and capacities when

26 ascertained.                          1

Complaint

5. At all times relevant herein, and at the time of the transactions complained of, each of the Defendants were the agent and employee of each of the remaining Defendants, and in doing the things hereinafter alleged, was acting within the scope of such agency.

## JURISDICTION AND VENUE

6. The Court has subject matter jurisdiction over this pursuant to 28 U.S.C. § 1331 and 1338 because the action arises under the Copyright Act (17 U.S.C. §§ 101, *et seq.*).

7. Venue is proper in the Central District of California under 28 U.S.C. § 1400(a) because the Defendants reside or may be found within the Central District of California, and personal jurisdiction may be properly exercised over the Defendants.

## FACTUAL ALLEGATIONS

8. Plaintiff Jesse Graham has been a songwriter and podcaster since the early 1990s. Graham has written hundreds of songs and is famous for starting many trends, including the "Random Act of Kindness" movement in 2013 and the "New Day" movement, 2010.

9. In 2013, Graham registered his word mark "New Day" with United States Patent and trademark office. ("USPTO") on June 24, 2013, with USPTO Work # 85968717

10. And even earlier Graham's "New Day" musical composition and Video was registered with the Copyright office and Broadcast music in 2010

11 Graham has filed an application with the United States Copyright Office 2010 to register a copyright for the "New Day" musical composition, and the application has been assigned Case Number 1-2752485661 by the United States Copyright Office.

12. Since 2010, Graham's New Day word mark and musical composition was publicly streamed and performed by Graham and broadcast and published on the internet, as well as terrestrial radio to Graham's 4 million followers and viewers on several streaming platforms and on television everyday through its Roku TV outlet.

Plus the musical composition has been available for purchase on iTunes, Google Play, and Amazon, YouTube, Tidal, Apple Music, Roku, amazon fire tv, and many others.

-2-

Complaint

# NEW DAY

13. PICTURED here                    #1. logo plaintiff USTPO

----------------------------------------



#2. Plaintiff Videos screen

shot as submitted by Plaintiff to USTPO has been copied
by Defendant.

----------------------------------------



14.

#3. Plaintiff Album Artwork as

submitted by Plaintiff To USTPO has been copied by
Defendant

-------------------------------------------- --------------------------------------------------

3

Complaint

9

10   Plaintiff believes Michaela Pereira who was a follower of the plaintiff on facebook and myspace and plus lived in the radio station broadcast area – it is believed that MS Pereira – claimed she had an idea for a news show entitled New Day

11   Accordingly in 2013, announced that she would be leaving her position at TV Station KTLA in May to be a part of the CNN Morning show "NEW DAY" and that debuted on June 17, 2013
in 2016 she left CNN.

12

13   In August 8th 2014, after New Day became a buzz phrase around the world that's when CNN attempted to Trademark the word "New DAY" submitted exhibits

14

15

16   strikingly    Too similar



17   #1 Defendant logo
CNN'S infringement amounts to the unlawful appropriation of Graham's copyrighted material including the NEW DAY word mark [



18  #2 Defendant logo
CNN'S infringement amounts to the unlawful appropriation of Graham's copyrighted material including the NEW DAY word mark [;]

19   CNN Application Patent and Trademark Office Registration Number 86370452 on

Complaint

August 19, 2014. one year after Plaintiffs application. CNN abandoned its claim

20     14.    CNN'S "NEW DAY" word mark submission to the USTPO extensively copies from Graham's "NEW DAY". In particular, the NEW DAY of CNN has the following Characteristics: "white background black lettering all caps[;] " infringed copyrighted material accounts for

21    roughly twenty percent of the New Day TV show in America and the {Philippines).

22     15.    CNN undoubtedly had access to the New Day Word Mark – per email exchanges between Graham and CNN regarding the use and licensing of the word mark – dated before the first television show in 2013 – yes indeed Graham warned CNN about paying the license fee and the rate -CNN responded you are a church we are television no one will mistake the two we can we share it – to this was a thunderous no from Graham – CNN said take us to court and test it for Legal merit. prior to establishing NEW DAY'S online presence and releasing the New Day Musical Composition since 2010 and given the world broad distribution dissemination of the NEW DAY radio show from Los Angeles podcasting and terrestrial FM radio using the brand and musical composition.

23     16.    CNN knew or should have known that the NEW DAY mark, could not be used as a TV Show Title -without a license and/or credit, as is customary standard practice in the TV industry. Despite this industry standard practice, CNN never sought a license or other permission from Plaintiff.

24     17.    Upon its release, CNN's NEW DAY debuted at No. 1

25    on Nielson charts. The show went on to become a massive worldwide hit for

26    CNN. The show stayed on TV since 2013 many times on the top 10. According to emails that will be entered into evidence from 2013 between Plaintiff Graham and Defendant CNN – where CNN acknowledges that Plaintiff had a few websites and some blogs but that wasn't enough they bought the newday.com and twitter name newday Instagram, facebook, and many other streaming sites – plus as a result the plaintiff had to add worldwide to all products and websites at a tremendous cost plus New Day the Street credibility, went right out of New Day, the meaning on the streets that is and around the world it was that lying CNN NEW DAY the stigma was attached.

New Day is a weekday morning television show on CNN and CNN International, anchored by Brianna Keilar and John Berman. Since May 20, 2019,[1] New Day has been broadcast live from CNN's new set located in Studio 19Y,[2] at CNN's new base, 30 Hudson Yards, in New York City. Beginning in April 2021, the show was anchored by Keilar at the CNN DC Studios and by Berman at 30 Hudson Yards in New York. The weekday edition airs Monday through Friday mornings, from 6.00—9.00 a.m. The program began in June 2013, where it was presented by three anchors: Chris Cuomo, Kate Bolduan and Michaela Pereira. It was broadcast from

Complaint

28

29

30

31        Time Warner Center. In 2014, Bolduan departed the show and was replaced by
          Alisyn Camerota, and in 2016 Pereira also left, but was not replaced. Cuomo
          departed the show in 2018, and was replaced by John Berman.[3] The weekend
          editions, known respectively as New Day Saturday and New Day Sunday, are
          anchored by Boris Sanchez and Christi Paul, from the network's world headquarters
          at CNN Center in Atlanta, Georgia. Recurring segments include The Good Stuff,
          Money Time, Reality Check, Late Night Laughs, The Bleacher Report, The Rock
          Block, The E Block, The Pop 4, and Around The World.

                                        -6-

Complaint

### FIRST CAUSE OF ACTION
### TRADEMARK INFRINGEMENT
### BY PLAINTIFF AGAINST ALL DEFENDANTS

23. Plaintiff incorporates by reference the preceding allegations of the Complaint as though fully set forth herein.

24. Defendants, without authorization, have used and are using NEW DAY Word Mark

25. Defendants' acts of infringement have been willful, intentional, and purposeful, in disregard of, and indifferent to the rights of Plaintiff.

26. As a direct and proximate result of Defendants' infringement of Plaintiff's NEW DAY Wordmark and exclusive rights under the Copyright Act, Defendants are liable for maximum statutory damage pursuant to 17 U.S.C. § 504(c) up to $150,000 for each of the copyrights infringed, where such infringement took place on or after the effective date of registration of the copyright. Alternatively, at Plaintiff's election, pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to his actual damages plus Defendants' profits from all infringements occurring on or after the effective date of registration of the copyright, as will be proven at trial.

27. Plaintiff is entitled to its actual damages plus Defendants' profits from all infringements occurring prior to the effective date of registration of the copyright for the Haters gone Hate musical composition, as will be proven at trial.

28. Plaintiff is entitled to his costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

29. Defendants' conduct is causing, and unless enjoined by this Court, will continue to cause great and irreparable injury to Plaintiff that cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to preliminary and permanent injunctions requiring Defendants to employ reasonable methodologies to prevent or limit infringement of Plaintiff's Haters gone Hate musical composition.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court grant the following relief:

a. General damages in an amount to be proven at trial, but not less than

Complaint

20  $4,000,000;

21          b.      Preliminary and permanently enjoin Defendants, as well as the Defendants'

22  officers, agents, servants, employees, and attorneys, and all persons in active concert or

23  participation with Defendants, from use of Plaintiff's "NEW DAY" work.

24          c.      Find Defendants liable for infringement of the "NEW DAY" mark

25          d.      Order an award to Plaintiff of all actual damages, in the minimum amount of

26  $4,000,000.00, and an accounting of any gains, profits, and advantages derived by

27  Defendants resulting from the infringing acts complained of herein.

-8-

e.    exemplary and punitive damages;

f.    attorney's fees and other litigation costs;

g.    costs of court;

h.    pre-judgment interest on all damages and/or profits awarded by the Court;

i.    such other and further relief to which they may be justly entitled.

## **DEMAND FOR TRIAL BY JURY**

Plaintiff Jesse Graham demands a trial by jury on all claims so triable.

Dated: September14, 2021

By: s/ *Jesse Graham*
JESSE GRAHAM
IN PROPRIA PERSONA

-9-

Complaint

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Cable News Network Inc
was received by me on *(date)*      9/14/2021       .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   by email delivery and my mail placed a copy in the mail to the above address


My fees are $      40.00      for travel and $ _____ for services, for a total of $      40.00      .

I declare under penalty of perjury that this information is true.

Date:    9/15/2021                                          s/ Yvette Johnson          *Yvette Johnson*
                                                                        *Server's signature*

                                                                     Yvette Johnson
                                                                    *Printed name and title*


                                                          2619 Trinity Street Los Angeles CA 90011
                                                                      *Server's address*

Additional information regarding attempted service, etc:

*Exhibit #8*

*Exhibit*

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85968717
Filing Date:

*PLAINTIFF APPLICATION FIRST USE 3/10/2010*

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 85968717 |
| **MARK INFORMATION** | |
| *MARK | NEW DAY |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | NEW DAY |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Jesse Braham |
| DBA/AKA/TA/Formerly | AKA Jesse Graham |
| INTERNAL ADDRESS | Jessie Graham |
| *STREET | 731 Neil Street |
| *CITY | West Covina |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 91791 |
| PHONE | 323 393 0548 |
| FAX | none |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

Exhibit 8 of 1

| WEBSITE ADDRESS | www.newdayworldwide.com |
|---|---|

## LEGAL ENTITY INFORMATION

| TYPE | sole proprietorship |
|---|---|
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | California |
| NAME OF INDIVIDUAL & CITIZENSHIP | Jesse Graham |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| INTERNATIONAL CLASS | 035 |
|---|---|
| *IDENTIFICATION | Providing consumer information services and making referrals in the field of entertainment services for products, services, events, activities, facilities and locations |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/10/2010 |
| FIRST USE IN COMMERCE DATE | At least as early as 05/24/2010 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\859\687\85968717\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\859\687\85968717\xml1\ APP0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT 16\859\687\85968717\xml1\ APP0005.JPG |
| SPECIMEN DESCRIPTION | Started on Youtube this content and concept became known worldwide as New Day worldwide and the New Day movement and is endorsed by 50 cents -Alicia Keys-Kanye West-Jay Z since 2010 - and is a part of jesse graham networks of giving information on pop culiture including some 30thousand followers and friends plus their friends. youtube links to follow https://www.youtube.com/my_videos?o=U&pi=1 also another link is https://www.youtube.com/watch?v=_tGP0e9PE-A |

## ADDITIONAL STATEMENTS SECTION

| SECTION 2(f) Claim of Acquired Distinctiveness, based on Use | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement. |
|---|---|
| SECTION 2(f) Claim of Acquired Distinctiveness, BASED ON EVIDENCE | The mark has become distinctive of the goods/services, as demonstrated by the attached evidence. |

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

*# 8.2*

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

SEARCH    MULTI-SEARCH  

*Serial Number,*

*Plaintiff*

| US Serial, Registration, or Reference No. ▼ | 85968717 |

STATUS    DOCUMENTS                                    Back to Search       Print

**Generated on:** This page was generated by TSDR on 2021-08-24 18:45:47 EST

**Trademark Docs:** 3                          **Proceedings Docs:** 0
**Assignments Docs:** 0

## Trademark Documents

*Registered*

*Date*

*1 year Earlier than Defendant*

| Select All ☐ | Create/Mail Date | Document Description | Document Type |
|---|---|---|---|
| ☐ | Jun. 24, 2013 | Application | MULTI |
| ☐ | Jun. 24, 2013 | Drawing | JPEG |
| ☐ | Jun. 24, 2013 | Specimen | JPEG |

**Proceedings Documents - None recorded**

**Assignments Documents - None recorded**

Privacy - Terms

TRADEMARK EXHIBIT
#8.

I YEAR LATER

AUG 19, 2014

DEFENDANT APPLICATION

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number:** 86370452
**Filing Date:** 08/19/2014

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86370452 |
| **MARK INFORMATION** | |
| *MARK | NEW DAY |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | NEW DAY |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Cable News Network, Inc. |
| INTERNAL ADDRESS | c/o Turner Broadcasting System, Inc. |
| *STREET | One CNN Center, 10N |
| *CITY | Atlanta |
| *STATE (Required for U.S. applicants) | Georgia |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 30303 |
| PHONE | 404-827-3155 |
| EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |

| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
|---|---|
| INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Entertainment services, namely, a multimedia program series featuring news and current events distributed via various platforms across multiple forms of transmission media |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 06/17/2013 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/17/2013 |
| | |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\863\704\86370452\xml1\ APP0003.JPG |
| SPECIMEN DESCRIPTION | screen print from Applicant's website showing use of the mark in connection with the services |
| ATTORNEY INFORMATION | |
| NAME | Jennifer M. Gruber |
| FIRM NAME | TBS Legal Dept., Trademark Group |
| INTERNAL ADDRESS | c/o Turner Broadcasting System, Inc. |
| STREET | One CNN Center, 10N |
| CITY | Atlanta |
| STATE | Georgia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 30303 |
| PHONE | 404-827-3155 |
| EMAIL ADDRESS | cnnuspto@turner.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Rick D. McMurtry, Claire M. Kimball, Jeanene L. Jobst, Todd D. Williams and all other attorneys in the TBS Legal Dept., Trademark Group |
| CORRESPONDENCE INFORMATION | |
| NAME | Jennifer M. Gruber |
| FIRM NAME | TBS Legal Dept., Trademark Group |
| INTERNAL ADDRESS | c/o Turner Broadcasting System, Inc. |

*Ex. 5*

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

*CM*   **STATUS**   **DOCUMENTS**   **Back to Search**   Print   *DEFENDANT*

**Generated on:** This page was generated by TSDR on 2021-08-24 18:14:03 EST

**Trademark Docs:** 6

**Proceedings Docs: click to load proceedings**

**Assignments Docs: click to load assignments**

*SERIAL NUMBER*
*86370452*

**Trademark Documents**   *LITIGATION*

| Select All | Date/Mail Date | Document Description | Document Type |
|------------|----------------|----------------------|---------------|
| ☑ | Jul. 06, 2015 | **Notice of Abandonment** | XML |
| ☑ | Dec. 05, 2014 | **Offc Action Outgoing** | MULTI |
| ☑ | Dec. 05, 2014 | **XSearch Search Summary** | XML |
| ☑ | Aug. 19, 2014 | **Application** | MULTI |
| ☑ | Aug. 19, 2014 | **Drawing** | JPEG |
| ☑ | Aug. 19, 2014 | **Specimen** | JPEG |

**Proceedings Documents - Click to Load**

**Assignments Documents - Click to Load**

Privacy - Terms

## New day news License Fee invoice inclosed

From: New Day (newdaytheband@yahoo.com)

To: vcm@cnn.com

Date: Wednesday, June 12, 2013, 10:50 AM PDT

Use license for the concept New Day - Since 2010 Jesse Graham has copyrighted the phrase it's a new day -New Day - - Jesse Graham is the true owner of New Day based on copyrighted material - Jesse Graham will sell you to New day for 1.2 million dollars - with 10,000 down - an invoice is being sent from pay pal account new day the band @yahoo.com

Contact Jesse Graham (32) 393-0548

Re:New day get your own ideas     *Exhibit #2*

From: Jesse Graham (jessegrahamonline@yahoo.com)

To: Joan.Korowitz@turner.com; Jennifer.Gruber@turner.com; Jennifer.Goldstein@turner.com; cglesterlaw@yahoo.com

Date: Friday, July 19, 2013, 11:33 AM PDT

This will be my campaign starting tonight until - you either acknowledge our invoices and come to some agreement on payment for use for one month and a day.
I have said several times i am willing to abort the new day movement for compensation equal to fair market value of monies i have invested to include videos and recording and blogs etc.
or until - i file a civil law suit in Sept against you for Copyright infrindement and repeated attempts to down play my significant - this is my final attempt before i go public and expose this injustice.
respectfully submitted
Jesse Graham

From: "Korowitz, Joan" <Joan.Korowitz@turner.com>
To: "jessegrahamonline@yahoo.com" <jessegrahamonline@yahoo.com>; "eboxjgroup@gmail.com" <eboxjgroup@gmail.com>
Cc: "Gruber, Jennifer" <Jennifer.Gruber@turner.com>; "Goldstein, Jennifer" <     >; "Korowitz, Joan" <Joan.Korowitz@turner.com>
Sent: Monday, June 17, 2013 1:07 PM
Subject: Correspondence with Cable News Network, Inc.

| | |
|---|---|
| To: | **Jesse Graham** |
| Cc: | Gruber, Jennifer; Goldstein, Jennifer; Korowitz, Joan |
| Subject: | Correspondence with Cable News Network, Inc. |
| Attachments: | Response Correspondence letter |

VIA E-MAIL TO:   **jessegrahamonline@yahoo.com; eboxjgroup@gmail.com**

Dear Mr. Graham,

Please find attached correspondence sent on behalf of Jennifer M. Gruber, Trademark Attorney for Turner Broadcasting System, Inc. for the above-referenced matter.

Please direct any further correspondence regarding this matter to Jennifer M. Gruber.

Thank you,

**Joan Korowitz**
Legal Assistant | Brand Management Group - Trademarks
Turner Broadcasting System, Inc. | A Time Warner Company
Joan.korowitz@turner.com

## Re: New day terms

\# 3

From:  Jesse Graham (jessegrahamonline@yahoo.com)

To:     jessegrahamla@gmail.com

Date:  Thursday, October 22, 2020, 08:30 PM PDT

---

**From:** Jesse Graham <jessegrahamonline@yahoo.com>
**To:** Joseph A. Mandour <jmandour@mandourlaw.com>
**Sent:** Wednesday, July 31, 2013 1:05 PM
**Subject:**

okay i attached their two responses and this link to serial number for trademark
    http://www.trademarkia.com/logo-85968717.html

Jesse (323) 393-0548
**From:** Jesse Graham <jessegrahamonline@yahoo.com>
**To:** "Korowitz, Joan" <Joan.Korowitz@turner.com>
**Sent:** Friday, June 14, 2013 10:50 AM
**Subject:** Re: Correspondence with Cable News Network, Inc.

Dearest Jennifer,
Many thanks for getting back with me on the copy right issues I have expressed.
I am the legal copyright owner for the New Day concept and have several copyrights
that I have forwarded to your facebook inbox.

Firstly let me say that I grew up in Atlanta and also I am an  I reporter also for CNN and my favorite person
and idol is Ted Turner
I have read his book "Ted Turner Speaks" so many times and - I mentioned it so many times - he came out
with another one called "Just call me Ted"

I say that to say that Nothing would make me more happier in this life on this earth
than to see the "New Day" movement on the biggest platform
possible with my blessings and my support to my 100's of thousand of fans
and friends worldwide.
with your great platform it will change the world!

But for this to happen I need to be compensated for getting it this far - Alecia Keys - DR. Dre -Kanye West
- Jay Z
and many more have endorsed the New Day brand.

I have sent an invoice to VCM@CNN -but will resend to you -

1. OPTION 1. I am asking for a reasonable amount to License
              " New Day" the Concept and the name
               plus catch phrase "it's a new day"
               along with me and my blessings plus free on my social network of 100's of thousands.

Yahoo Mail - Re: New day terms

#4

for $10,000 per month 2,500 per week.       **OR**


2.  OPTION 2.  I am asking for a reasonable amount to sell
            " New Day" the Concept and the name
            plus catch phrase "it's a new day"
            along with me and my blessings plus free on my social network of 100's of thousands.

for $1.2 million    paid annually at 250,000 down and 250,000  per year until paid.

I am not an attorney - Just passionate about my causes and this earth that we live on
everything is negotiable and maybe we can come up with something that can make us all happy and
live life to the fullest
Respectfully submitted

Jesse Graham
Founder of New Day


Office Tele: (323) 393-0548
Cell phone:  (626) 502-7496

http://www.newdayworldwide.com/

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS    Upgrade MORE Ad Free & go Ad-Free

#5

Find messages, documents, photos or people                                    home

Compose                    Back    Archive    Move    Delete    Spam                        2

jessegraha...    999+     possible with my blessings and my support to my 100's of thousand of fans
inspirationals...    999+   and friends worldwide.
new day the ba... ⚠      with your great platform it will change the world!

                         But for this to happen I need to be compensated for getting it this far - Alecia Keys -
                         DR. Dre -Kanye West - Jay Z
                         and many more have endorsed the New Day brand.

Inbox        999+        I have sent an invoice to VCM@CNN -but will resend to you -
Unread
Starred                  1. OPTION 1. I am asking for a reasonable amount to License
Drafts       134              " New Day" the Concept and the name
Sent                             plus catch phrase "it's a new day"
Archive                          along with me and my blessings plus free on my social network of
Spam                     100's of thousands.
Trash
  Less                      for $10,000 per month 2,500 per week.        **OR**

Views       Show
Folders     Hide         2.  OPTION 2.  I am asking for a reasonable amount to sell
  New Folder                     " New Day" the Concept and the name
  Unwanted     71                  plus catch phrase "it's a new day"
                                 along with me and my blessings plus free on my social network of
                         100's of thousands.

                            for $1.2 million   paid annually at 250,000 down and 250,000  per year until paid.

                         I am not an attorney - Just passionate about my causes and this earth that we live on
                         everything is negotiable and maybe we can come up with something that can make us
                         all happy and
                         live life to the fullest
                         Respectfully submitted

                         Jesse Graham
                         Founder of New Day

HOME     MAIL     NEWS     FINANCE     SPORTS     ENTERTAINMENT     LIFE     SHOPPING     YAHOO PLUS   UpgradeMOREadFree & go Ad-free

Find messages, documents, photos or people          ⌄                                    home

Compose          Back          Archive   Move   Delete   Spam   ⋯                    2



#6

email as soon as you get paid.

Please note that it may take a little while for this money request to appear in the Recent Activity list on your Account Overview.

**Here's what you sent:**

| | |
|---|---|
| Amount of money request: | $10,000.00 USD |
| Message in your money request: | Use license for the concept New Day - Since 2010 Jesse Graham has copyrighted the phrase it's a new day -New Day - - Jesse Graham is the true owner of New Day based on copyrighted material - Jesse Graham will sell you to New day for 1.2 million dollars - with 10,000 down - inclosed is an invoice. |

**Need to cancel or change this money request?**

1. Log in to your PayPal account and go to your transaction history
2. Find this money request
3. Click **Cancel**

Sincerely,
PayPal

Help Center | Resolution Center | Security Center

This email was sent by an automated system, so if you reply, nobody will see it. To get in touch with us, log in to your account and click "Contact Us" at the bottom of any page.

Copyright © 2013 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP117