**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GRAHAM, | Case No. 2:21-cv-07417-MCS-AGR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CABLE NEWS NETWORK INC., | |
| Defendant. | |

Pursuant to this Court's Order Dismissing Action,

IT IS ADJUDGED that this action is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: January 21, 2022

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE